# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 09-cv-6650 |
| v. | : | |
| | : | |
| KHALED MOHAMMED SHARIF AL SAYED AL HASHEMI a.k.a. KHALED AL HASHEMI, | : | |
| | : | |
| Defendant. | : | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILI
DOC #: _____
DATE FILED: 8 5 09

## ORDER BY CONSENT WITH RESPECT TO DEFENDANT KHALED SHARIF AL SAYED AL HASHEMI EXTENDING THE TEMPORARY RESTRAINING ORDER

Plaintiff Securities and Exchange Commission ("Commission") having filed a Complaint in this matter, and defendant Khaled Sharif Al Sayed Al Hashemi ("Hashemi") having accepted service of the Complaint and the Summons pursuant to Fed. R. Civ. P. 4(d), and consented to the entry of this Order:

Now, therefore, it is hereby ORDERED, in connection with Section VIII of the Temporary Restraining Order Freezing Assets and Granting Other Relief, and Order to Show Cause signed on July 27, 2009 (the "Restraining Order"), the Restraining Order is extended through September 3 ℀, 2009. Defendant Hashemi shall show cause, if there be any, *on that date*, at 2:00 PM, in Room 23B of the United States Courthouse, New York, New York, why this Court should not enter a preliminary injunction extending the asset freeze and other relief granted in the Restraining Order until a final adjudication on the merits may be had. Defendant Hashemi shall serve any papers in opposition to such relief by hand delivery or overnight courier service to the Commission's counsel identified in paragraph VII of the

Restraining Order, no later than 11 days before such hearing. The Commission may serve and
file a reply no later than 72 hours before the hearing, and shall serve such reply brief, if any, on
Defendant Hashemi or his attorney(s) by hand delivery, facsimile transmission, email, courier
service, or other means as the Commission may reasonably determine will give Defendant
Hashemi or his attorneys prompt delivery of these papers.

Date:

_Aug 5, 2004_

Honorable Harold Baer, Jr.
U.S. District Court Judge

2

Endorsement:

Chambers will receive a fully briefed set of papers 72 hours or more before the date set for hearing, i.e., September 3, 2009.